## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

VICKIE NAGLE,

          Petitioner

          v.

ALLEGHENY GENERAL HOSPITAL AND
DR. ROBERT KEENAN. M.D.,

          Respondents

:  No. 284 WAL 2019
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.